Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for QUALITY LOAN SERVICE CORP.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## DIVISION

| | |
|---|---|
| RICHARD AND MARY HARTZELL, | Case No. 10-6230 |
| Plaintiff, | |
| vs. | |
| QUALITY LOAN SERVICE CORP., | **NOTICE OF APPEARANCE** |
| Defendants. | |

COMES NOW Holger Uhl of McCarthy Holthus, LLP, and hereby appears as attorney of record for QUALITY LOAN SERVICE CORP., in the above-entitled action, preserving all defenses and objections which said Defendant may have to the Plaintiff's Complaint filed in this action, including but not limited to **lack of jurisdiction over the person, improper venue, insufficiency of process, and insufficiency of service of process.**

DATED September 1, 2010

                                                 McCarthy & Holthus, LLP
                                                        */s/ Holger Uhl*
                                                By_____
                                                  Holger Uhl, Of the Firm
                                                  Attorneys for QUALITY LOAN SERVICE CORP.

Notice of Appearance - 1

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Richard and Mary Hartzell
4299 NE 29th St.
Redmond, OR 97756

*/s/ Holger Uhl*
_____
Holger Uhl

Notice of Appearance - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045