Holger Uhl [OSB#950143]
**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045
Attorneys for QUALITY LOAN SERVICE CORP.

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## DIVISION

| | |
|---|---|
| RICHARD AND MARY HARTZELL, | Case No. 10-6230 |
| Plaintiff, | |
| vs. | |
| QUALITY LOAN SERVICE CORP., | **MOTION TO DISMISS** |
| Defendants. | |

Pursuant to L.R. 7.1, the undersigned certifies that the parties made a good faith effort to confer and resolve the issues raised by these motions but were unable to do so.

COMES NOW Defendant QUALITY LOAN SERVICE CORP., and moves the Court for an Order dismissing plaintiffs' complaint or, in the alternative, to make Plaintiffs pleadings more definite.

This Motion is based upon the accompanying Memorandum in Support and the complete court file.

DATED September 10, 2010

                                                             McCarthy & Holthus, LLP
                                                              */s/ Holger Uhl*
                                            By_____
                                                Holger Uhl, Of the Firm
                                                Attorneys for QUALITY LOAN SERVICE CORP.

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2010, I served a copy of the foregoing on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing:

- 

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Richard and Mary Hartzell
4299 NE 29th St.
Redmond, OR 97756

*/s/ Holger Uhl*
_____
Holger Uhl

Motion To Dismiss - 2

**McCarthy & Holthus LLP**
19735 10th Avenue, Suite N-200
Poulsbo WA 98370
Phone: 206.319.9100 Ext. 8045
Fax: 206.780.6862
Direct: 206.319.9045